STATE v. BARKSDALE

No. 122 PC.

Case below: 16 N.C. App. 559.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.


STATE v. DAVIS

No. 23.

Case below: 17 N.C. App. 84.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 January 1973. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 30 January 1973.


STATE v. GRAY

No. 147 PC.

Case below: 17 N.C. App. 131.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.


STATE v. GREENE

No. 149 PC.

Case below: 17 N.C. App. 51.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.


STATE v. JEFFERIES

No. 142 PC.

Case below: 17 N.C. App. 195.

Petition for writ of certiorari to North Carolina Court of Appeals denied 6 February 1973.